UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Judith A. Lawton, et al.

Vs. Case No. CA98-288T

Robert Nyman, et al.

**EXHIBIT RECEIPT**

**Plaintiff's** Trial Exhibit(s)-

**Binder 1**
(Exhs: 1-3,14,18,21,29,30-37,49,58,60,61,63,66,69,70, 74,81,82,85-87,89,96,98,99,100,101b,102,105,111,116, 123,126, 127,144, 145,151,152,155,157,162-169,171,174, 175,180,182 and 185)

**Binder 2**
(Exhs: 193,197,198,201,205,207,212,214,215a,215b,216,217,221-228,231,232,234-236,238,240-242,244-247,250,257-259, 261,267,268,270,271,276,277,286,288-291,298,299,304, 308,314 and 315)

**Binder 3**
(Exhs: 319,322-328,331b,347-362,366-368,372,378,389 and 389a)

David A. DiMarzio, Clerk

Signature ~~of Attorney~~
Date: 2/27/8

Pana Smith
Deputy Clerk