UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Judith A. Lawton, et al.

Vs. Case No. CA98-288T

Robert Nyman, et al.

**EXHIBIT RECEIPT**

**Defendant's** Trial Exhibit(s)- One Binder w/ following Exhs: B5, B6, B8, B11, B12, B20, B21, B30-B32, B34-B36, H, XX, YY, GGG, JJJ, KKK, DDDD, EEEE, GGGG, HHHH, NNNN, OOOO, PPPP, QQQQ, RRRR, UUUU, XXXX, ZZZZ, AAAAA, BBBBB, CCCCC, DDDDD, EEEEE, FFFFF, GGGGG, HHHHH, LLLLL, NNNNN, and PPPPP.

David A. DiMarzio, Clerk

Signature of ~~Attorney~~ Deputy Clerk
Date: 2/27/8

Received 2-27-08